UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>WYATT AKRIDGE,<br><br>　　　Defendant. | CASE NO. CR21-090 JLR<br><br>ORDER REVOKING RELEASE<br>18 U.S.C. §§ 3148(b) AND 3143(A) |

　　The United States Probation Office submitted a Petition dated November 10, 2021, alleging three location monitoring violations (Violations 6, 7, 8), and a Petition dated November 24, 2021, alleging a violation of failing to participate in substance abuse treatment (Violation 9).  Dkt. 30, 32.  At the hearing on December 1, 2021, Defendant entered admissions to all four violations.   The United States moved for revocation of defendant's release.

　　Based upon the evidence set forth in the Petitions and information proffered at the hearing by the government regarding Defendant's failures to report for urinalysis on multiple occasions, failure to attend a scheduled substance abuse evaluation, as well as a troubling

DETENTION ORDER
PAGE -1

history of positive urinalysis tests for cocaine during the course of supervision, the Court finds there are no conditions or combination of conditions which will assure defendant will not pose a danger to other persons, if released again; and further finds defendant is unlikely to abide by any condition or combination of conditions set by the Court.

It is therefore ORDERED that defendant's bond is REVOKED, pursuant to 18 U.S.C. § 3148(b) and that:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 1st day of December, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2