JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-090JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH CHANGE OF PLEA HEARING VIA VIDEOCONFERENCE AND TELEPHONE |
| WYATT AKRIDGE, | ) | |
| Defendant. | ) | |

THE COURT has considered the defense's unopposed motion to proceed with the change of plea hearing by videoconference and telephone, along with the relevant records in this case.

THE COURT FINDS that the January 26, 2022 change of plea hearing can be held via videoconference and telephone. *See* W.D. Wash. Gen. Ord. No. 04-20 (March 30, 2020); *see also* W.D. Wash. Gen. Ord. Nos. 14-21, 16-21, 01-22.

THE COURT ORDERS that the change of plea hearing scheduled for January 26, 2022, at 10:00 a.m. can be held via videoconference and telephone.

DONE this 20th day of January, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED WITH CHANGE
OF PLEA HEARING VIA TELECONFERENCE
AND TELEPHONE.
(*U.S. v. Wyatt Akridge*; CR21-090JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:

2  s/ *Nancy Tenney*
   Assistant Federal Public Defender
3  Attorney for Wyatt Akdridge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED WITH CHANGE
OF PLEA HEARING VIA TELECONFERENCE
AND TELEPHONE.
(*U.S. v. Wyatt Akridge*; CR21-090JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**